**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-61045-CIV-SINGHAL**

**DEVON KLEINHEKSEL, HARRY BASS and ERIKA MCDANIEL,** *on behalf of themselves and all others similarly situated,*

Plaintiffs,

v.

**MANAGED CARE OF NORTH AMERICA, INC. d/b/a MCNA DENTAL, MCNA INSURANCE COMPANY d/b/a MCNA DENTAL, and HEALTHPLEX, INC.,**

Defendants.

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Plaintiffs and Defendants notify the Court that they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged in this action. The settlement is conditioned on the parties executing a written settlement agreement that will be the subject of Plaintiffs' unopposed motion for preliminary approval to be filed within 60 days of today. Based on the foregoing, the Parties request the Court stay all deadlines pending approval of the settlement.

Dated: March 27, 2026. Respectfully submitted,

*Jeff Ostrow*______________
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tele: (954) 332-4200
ostrow@kolawyers.com

*Mark R. Cheskin*______________
Allen P. Pegg FBN 597821
Mark R. Cheskin
Florida Bar No. 708402
**HOGAN LOVELLS US LLP**
600 Brickell Ave., Ste. 2700
Miami, Florida 33131
Tele: (305) 459-6500
allen.pegg@hoganlovells.com

Peter Prieto FBN 501492
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tele: (305) 358-2800
pprieto@podhurst.com

*Interim Co-Lead Counsel*

Stephanie A. Casey FBN 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tele: (305) 476-7400
scasey@colson.com

*Interim Liaison Counsel*

Allison Holt Ryan (*pro hac vice*)
Alicia J. Paller (*pro hac vice*)
Abby Walter Gray (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tele. (202) 637-5600
allison.holt-ryan@hoganlovells.com
alicia.paller@hoagnlovells.com
abby.waltergray@hoganlovells.com

*Counsel for Defendants Managed Care of North America, Inc. d/b/a MCNA Dental, MCNA Insurance Co., and Healthplex, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow