UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61045-CIV-SINGHAL

DEVON KLEINHEKSEL, *et al.*,

Plaintiffs,

v.

MANAGED CARE OF NORTH AMERICA INC., d/b/a MCNA DENTAL, *et al.*,

Defendants.
_______________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE [24]). Having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiffs' claims are **DISMISSED WITH PREJUDICE**,[1] with each party to bear its own attorney fees and costs. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of July 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF

[1] This dismissal does not prohibit the Plaintiffs and the putative class members here from pursuing claims as class members in *Crowe v. Managed Care of North America Inc.*, No. 0:23-cv-61065-AHS (S.D. Fla.).